UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL ANN SCHWIEMANN, | ) | CASE NO. 1:15CV47 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| COMMISSIONER | ) | |
| OF SOCIAL SECURITY | ) | |
| | ) | MEMORANDUM OF OPINION |
| Defendant. | ) | AND ORDER |

On March 19, 2015 the Magistrate Judge in this matter submitted a report and recommendation (Doc. 13) recommending that the Court AFFIRM the Commissioner's decision.

Under Fed. R. Civ. P. 72(b), if the parties wish to object to the proposed findings and recommendation they must do so by filing specific written objections within the fourteen (14) day period following service of the report and recommendation. In this matter, neither party has raised an objection within the prescribed period or after an extension was granted. Further review by this Court at this time would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Accordingly, Magistrate Judge's report and recommendation is hereby adopted. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

Dated: April 27, 2015          */s/ John R. Adams*
                               JOHN R. ADAMS
                               UNITED STATES DISTRICT JUDGE